IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**ANNE LENOUE**,

        Plaintiff,

   v.

**MULTNOMAH ATHLETIC CLUB,**
an Oregon non-profit Corporation**,**

        Defendant.

No. 3:14-cv-01261-MO

OPINION AND ORDER

**MOSMAN, J.**,

    On April 17, 2015, the Multnomah Athletic Club ("MAC") filed a motion for Partial Summary Judgment [34] against Plaintiff's second complaint for disparate impact. In her response [40], Ms. Lenoue concedes that Defendant's motion should be granted. Accordingly, I GRANT Defendant's Motion for Partial Summary Judgment [34]. IT IS SO ORDERED.

    DATED this __4th__ day of June, 2015.

                                      /s/ Michael W. Mosman____
                                      MICHAEL W. MOSMAN
                                      United States District Judge

1 – OPINION AND ORDER